IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BONDARY MCCALL,
    Plaintiff,

vs.                              Case No. 5:05cv104/LAC/EMT

BUREAU OF PRISONS,
    Defendants.

---

### REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff, an inmate proceeding pro se, initiated this action by filing a "Complaint/Petition for Emergency Writ for TRO & Preliminary Injunction & Memorandum in Support" (Doc. 1). Plaintiff seeks an order enjoining Bureau of Prison (BOP) administrative staffers from collecting debts that have previously been discharged, in violation of the "Fair Debt Collection Practices Act, codified at Title 28 U.S.C. § 3001 et seq" (Doc. 1 at 1-2). Plaintiff also filed a "Petition to Proceed In Forma Pauperis" (Doc. 2).

    Plaintiff failed to submit a complete motion to proceed in forma pauperis, therefore, on May 20, 2005, and June 13, 2005, this court issued orders directing Plaintiff to file a complete motion to proceed in forma pauperis or, alternatively, pay the filing fee no later than June 19, 2005 (*see* Docs. 6, 11). Plaintiff failed to comply with the orders, therefore, on June 23, 2005, the court ordered Plaintiff to show cause, within twenty days, why this case should not be dismissed for failure to comply with orders of the court (*see* Doc. 12).

    On July 1, 2005, Plaintiff filed a response to the show cause order (Doc. 14). Plaintiff contends he has "complied with the requirement of satifying [sic] the cost to proceed, when he tender payment by issuing a Bond and certified Bond, in accordance with House Joint Resolution 192 of June 5, 1933" (Doc. 14 at 1-2). Plaintiff asserts he offered this form of payment under the "Truth and Lending Act" and this court had three days to reject of refuse the form of payment, but

the court failed to do so (*id.* at 2).  Accordingly, per Plaintiff, his debt (i.e., the filing fee) was therefore discharged.  Nonetheless, Plaintiff has offered "another negotiable instrument" in lieu of the filing fee or properly completed motion to proceed in forma pauperis (*id.*).

Plaintiff's response to the show cause order is nonsensical and fails to show cause for his failure to comply with the orders of this court.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 8th day of July, 2005.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten (10) days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**